JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>              Plaintiffs,<br><br>  v.<br><br>CALIFORNIA COLD PLANING INC, a California corporation<br><br>              Defendant. | Case No. EDCV 14-02128 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendant California Cold Planing, Inc.

Plaintiffs are AWARDED monetary judgment in the amount of $55,759.00 against Defendant Southern California Electric, Inc., consisting of (i) $43,018.12 in unpaid contributions; (ii) $1,935.12 in prejudgment interest; (iii) $4.780.01 in liquidated damages; (iv) $100.00 in audit fees; (v) $5,268.00 in attorneys' fees; and (vi) $657.75 in costs.

The Court orders that such judgment shall be entered. As there are no remaining named defendants in this action, the Clerk is directed to close the case.

Dated: May 26, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**